UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: DEAN, DORIS MARIE | § Case No. 10-74170 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 03/30/2011 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 02/10/2011    By: /s/JOSEPH D. OLSEN
                                          Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: DEAN, DORIS MARIE   § Case No. 10-74170
   §
   §
   §
Debtor(s)   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 9,290.58 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 9,290.58 |
| **Balance on hand:** | $ 9,290.58 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 9,290.58 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,679.06 | 0.00 | 1,679.06 |
| Trustee, Expenses - JOSEPH D. OLSEN | 22.50 | 0.00 | 22.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,701.56 |
| Remaining balance: | $ 7,589.02 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 7,589.02

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 7,589.02

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 77,488.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 11,636.44 | 0.00 | 1,139.64 |
| 2 | RBS Citizens Bank | 2,576.66 | 0.00 | 252.35 |
| 3 | Capital One Bank (USA), N.A. | 7,414.77 | 0.00 | 726.18 |
| 4 | Chase Bank USA, N.A. | 8,218.61 | 0.00 | 804.90 |
| 5 | Chase Bank USA, N.A. | 6,578.24 | 0.00 | 644.25 |
| 6 | Fifth Third Bank | 6,154.28 | 0.00 | 602.73 |
| 7 | PYOD LLC its successors and assigns as assignee of | 746.68 | 0.00 | 73.13 |
| 8 | Elan Financial Services | 4,127.99 | 0.00 | 404.28 |
| 9 | US Bank N.A. | 2,921.85 | 0.00 | 286.16 |
| 10 | American Express Centurion Bank | 2,848.13 | 0.00 | 278.94 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 11 | Fia Card Services, NA/Bank of America | 3,793.45 | 0.00 | 371.52 |
| 12 | Fia Card Services, NA/Bank of America | 20,471.82 | 0.00 | 2,004.94 |

|   |   |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 7,589.02 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|   |   |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|   |   |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: lorsmith              Page 1 of 2                   Date Rcvd: Feb 25, 2011
Case: 10-74170                Form ID: pdf006             Total Noticed: 38

The following entities were noticed by first class mail on Feb 27, 2011.
db          +Doris Marie Dean,    304 Constitution Dr. SW,    Poplar Grove, IL 61065-8730
aty         +Craig A Willette,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
aty         +Craig E Stevenson,    Fresh Start Legal Group,    2801 Cross roads Drive Suite 2200,
              Madison, WI 53718-7999
tr          +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
16017347    +5/3 Bank Cc,    5050 Kingsley Dr,    Cincinatti, OH 45227-1115
16017348    +American Express,    c/o Becket and Lee LLP,    Po Box 3001,    Malvern, PA 19355-0701
16639021     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16017350    +Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
16017351    +Bank Of America,    Attn: Bankruptcy NC4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
16445236     Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 248839,
              Oklahoma City, OK  73124-8839
16017353    +Cenlar,    425 Phillips Blvd,    Ewing, NJ 08618-1430
16017354    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
16450739     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16017356    +Chase Bank USA, N.A.,    Attorney for Chase,    131 South Dearborn Street, Floor 5,
              Chicago, IL 60603-5571
16017357    +Danielle Dean,    1108 N. Plum Graove Rd. # 215,    Schaumburg, IL 60173-4633
16017359     Elan Financial Service,    Cb Disputes,    Saint Louis, MO 63166
16017360    +Fifth Third Bank,    C/O Bankruptcy Dept, Mdropso5,    1850 East Paris,
              Grand Rapids, MI 49546-6210
16476744    +Fifth Third Bank,    P.O. Box 829009,    Dallas, TX 75382-9009
16017362    +First American Bank,    PO Box 307,    Hampshire, IL 60140-0307
16017361    +First American Bank,    700 Busse Rd,    Elk Grove Vlg, IL 60007-2133
16017363   ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court:  Illinois Department of Revenue,    PO Box 1040,    Galesburg, IL 61402)
16017364   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
              PHILADELPHIA PA 19101-7346
             (address filed with court:  Internal Revenue Service,    Attn: Centralized Insolvency Operat,
              PO Box 21126,    Philadelphia, PA 19114-0326)
16019185    +Josh Andrea,    959 Golf Course Road #3,    Crystal Lake IL 60014-8801
16017365    +Keybank NA,    Attention: Bankruptcy,    Po Box 94968,    Cleveland, OH 44101-4968
16017366    +Messerli & Kramer P A,    3033 Campus Dr #250,    Minneapolis, MN 55441-2662
16524141    +PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
              c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
16017367    +Peoples Bk Credit Card Services,    Attn: Bankruptcy,    Po Box 7092 Rccb 0680,
              Bridgeport, CT 06601-7092
16440836    +RBS Citizens Bank,    480 Jefferson Blvd,    RJE 135,    Warwick RI 02886-1359
16017368    +Sears/cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
16017369    +Shell Oil / Citibank,    Attn.: Centralized Bankruptcy,    Po Box 20507,
              Kansas City, MO 64195-0507
16529714   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  Elan Financial Services,    Bankruptcy Department,    P.O. Box 5229,
              Cincinnati, OH 45201-5229)
16529731   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  US Bank N.A.,    Bankruptcy Department,    P.O. Box 5229,
              Cincinnati, OH 45201-5229)
16017370    +Up/regionsm,    Bankruptcy,    Po Box 18001,    Hattiesburg, MS 39404-8001
16017371    +Us Bank/na Nd,    101 5th St E Ste A,    St Paul, MN 55101-1860
The following entities were noticed by electronic transmission on Feb 25, 2011.
16017352    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 26 2011 01:38:33     Capital One, N.a.,
              C/O American Infosource,    Po Box 54529,    Oklahoma City, OK 73154-1529
16375580     E-mail/PDF: mrdiscen@discoverfinancial.com Feb 26 2011 01:40:22     Discover Bank,
              Dfs Services LLC,    PO Box 3025,    New Albany, OH  43054-3025
16017358    +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 26 2011 01:40:22     Discover Fin,
              Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
16731253     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 26 2011 01:38:33
              Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
              Oklahoma City, OK  73124-8809
                                                                                              TOTAL: 4
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16017349      Associated Bank
16017355      Chase
aty*         +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
                                                                                              TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3          User: lorsmith          Page 2 of 2          Date Rcvd: Feb 25, 2011
Case: 10-74170                Form ID: pdf006         Total Noticed: 38
```

                    ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 27, 2011**                    **Signature:** *Joseph Speetjens*