**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: DEAN, DORIS MARIE  § Case No. 10-74170
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $254,130.00  *(without deducting any secured claims)* | Assets Exempt: $6,175.00 |
| Total Distribution to Claimants: $7,589.02 | Claims Discharged Without Payment: $69,899.90 |
| Total Expenses of Administration: $1,701.56 | |

3) Total gross receipts of $ 9,290.58 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $9,290.58 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,701.56 | 1,701.56 | 1,701.56 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 77,488.92 | 77,488.92 | 7,589.02 |
| **TOTAL DISBURSEMENTS** | $0.00 | $79,190.48 | $79,190.48 | $9,290.58 |

4) This case was originally filed under Chapter 7 on August 19, 2010. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/27/2011          By: /s/JOSEPH D. OLSEN
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Term Life Insurance - no cash value Payable Upon | 1129-000 | 9,290.40 |
| Interest Income | 1270-000 | 0.18 |
| **TOTAL GROSS RECEIPTS** | | **$9,290.58** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,679.06 | 1,679.06 | 1,679.06 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 22.50 | 22.50 | 22.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,701.56 | 1,701.56 | 1,701.56 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 − PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

**EXHIBIT 7 − GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 11,636.44 | 11,636.44 | 1,139.64 |
| 2 | RBS Citizens Bank | 7100-000 | N/A | 2,576.66 | 2,576.66 | 252.35 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 7,414.77 | 7,414.77 | 726.18 |
| 4 | Chase Bank USA, N.A. | 7100-000 | N/A | 8,218.61 | 8,218.61 | 804.90 |
| 5 | Chase Bank USA, N.A. | 7100-000 | N/A | 6,578.24 | 6,578.24 | 644.25 |
| 6 | Fifth Third Bank | 7100-000 | N/A | 6,154.28 | 6,154.28 | 602.73 |
| 7 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 746.68 | 746.68 | 73.13 |
| 8 | Elan Financial Services | 7100-000 | N/A | 4,127.99 | 4,127.99 | 404.28 |
| 9 | US Bank N.A. | 7100-000 | N/A | 2,921.85 | 2,921.85 | 286.16 |
| 10 | American Express Centurion Bank | 7100-000 | N/A | 2,848.13 | 2,848.13 | 278.94 |
| 11 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 3,793.45 | 3,793.45 | 371.52 |
| 12 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 20,471.82 | 20,471.82 | 2,004.94 |
| TOTAL GENERAL UNSECURED CLAIMS | | | 0.00 | 77,488.92 | 77,488.92 | 7,589.02 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-74170  
**Case Name:** DEAN, DORIS MARIE  

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 08/19/10 (f)  
**§341(a) Meeting Date:** 10/04/10  

**Period Ending:** 06/27/11  
**Claims Bar Date:** 01/31/11  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Homestead property, single family res 304 Consti | 100,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Rental property, condominium 959 Golf Course Rd | 145,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Cash in Debtor(s) possession | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking Account (#1991) Blackhawk 400 Broad St | 180.00 | 0.00 | DA | 0.00 | FA |
| 5 | Checking Account (#9989) Associated Bank 200 N A | 102.00 | 0.00 | DA | 0.00 | FA |
| 6 | Large Household Appliances at Debtor(s) Residenc | 350.00 | 0.00 | DA | 0.00 | FA |
| 7 | Small Household Appliances at Debtor(s) Residenc | 100.00 | 0.00 | DA | 0.00 | FA |
| 8 | Household Furniture at Debtor(s) Residence: (Liv | 1,280.00 | 0.00 | DA | 0.00 | FA |
| 9 | Audio & Video Equipment at Debtor(s) Residence: | 620.00 | 0.00 | DA | 0.00 | FA |
| 10 | Other Household Goods at Debtor(s) Residence: (H | 400.00 | 0.00 | DA | 0.00 | FA |
| 11 | Outdoor Furniture/Decor $100; Grill $20 | 120.00 | 0.00 | DA | 0.00 | FA |
| 12 | Artwork/paintings $100; CDs/DVDs $100; Books $10 | 600.00 | 0.00 | DA | 0.00 | FA |
| 13 | Clothing at Debtor(s) Residence | 300.00 | 0.00 | DA | 0.00 | FA |
| 14 | Jewelry $50 | 50.00 | 0.00 | DA | 0.00 | FA |
| 15 | Photo Equipment $20; Golf Clubs/equip. $20; Work | 50.00 | 0.00 | DA | 0.00 | FA |
| 16 | Term Life Insurance - no cash value Payable Upon | 0.00 | 9,000.00 |  | 9,290.40 | FA |
| 17 | Receivables due from Northwest Mortgage for appr | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 18 | 2003 Chrysler Sebring LX (125,000 Miles, Engine | 1,875.00 | 0.00 | DA | 0.00 | FA |
| 19 | 1995 Dodge Dakota Club XLT (168,800 Miles, Bad c | 500.00 | 0.00 | DA | 0.00 | FA |
| 20 | 2 Dogs; 1 Cat | 3.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A |  | 0.18 | Unknown |
| 21 | Assets Totals (Excluding unknown values) | **$254,130.00** | **$9,000.00** |  | **$9,290.58** | **$0.00** |

**Major Activities Affecting Case Closing:**

Collected cash surrender value of life insurance policy. Waiting for proof of claim bar date to expire. Will object to claims, if any, shortly thereafter. Presume final report to be on file by 6/30/11.

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-74170  
**Case Name:** DEAN, DORIS MARIE  

**Trustee:** (330400)    JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 08/19/10 (f)  
**§341(a) Meeting Date:** 10/04/10  

**Period Ending:** 06/27/11  

**Claims Bar Date:** 01/31/11  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**    June 30, 2011    **Current Projected Date Of Final Report (TFR):**    June 30, 2011

Printed: 06/27/2011 11:06 AM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-74170 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | DEAN, DORIS MARIE | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******39-65 - Money Market Account |
| Taxpayer ID #: | **-***1597 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 06/27/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/10/10 | {16} | Country Life Insurance Company | cash surrender value - Policy #375909 | 1129-000 | 2,418.35 | | 2,418.35 |
| 11/10/10 | {16} | Country Life Insurance Company | cash surrender value policy #420788 | 1129-000 | 3,079.64 | | 5,497.99 |
| 11/10/10 | {16} | Country Life Insurance Company | cash surrender value - Policy #1218733 | 1129-000 | 3,792.41 | | 9,290.40 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 9,290.44 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,290.51 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,290.58 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,290.65 |
| 03/30/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.07 | | 9,290.72 |
| 03/30/11 | | To Account #9200******3966 | Prep. F. Rpt | 9999-000 | | 9,290.72 | 0.00 |
| | | | ACCOUNT TOTALS | | 9,290.72 | 9,290.72 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 9,290.72 | |
| | | | Subtotal | | 9,290.72 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $9,290.72 | $0.00 | |

{} Asset reference(s)  Printed: 06/27/2011 11:06 AM    V.12.57

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-74170 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | DEAN, DORIS MARIE | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******39-66 - Checking Account |
| Taxpayer ID #: | **-***1597 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 06/27/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/30/11 | Int | The Bank of New York Mellon | Reverse Interest Posting | 1270-000 | -0.07 | | -0.07 |
| 03/30/11 | Int | The Bank of New York Mellon | Reverse Interest Posting | 1270-000 | -0.07 | | -0.14 |
| 03/30/11 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.07 | | -0.07 |
| 03/30/11 | | From Account #9200******3965 | Prep. F. Rpt | 9999-000 | 9,290.72 | | 9,290.65 |
| 03/30/11 | 101 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,679.06, Trustee Compensation;  Reference: | 2100-000 | | 1,679.06 | 7,611.59 |
| 03/30/11 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $22.50, Trustee Expenses;  Reference: | 2200-000 | | 22.50 | 7,589.09 |
| 03/30/11 | 103 | Discover Bank | Dividend paid  9.79% on $11,636.44; Claim# 1; Filed: $11,636.44; Reference: | 7100-000 | | 1,139.64 | 6,449.45 |
| 03/30/11 | 104 | RBS Citizens Bank | Dividend paid  9.79% on $2,576.66; Claim# 2; Filed: $2,576.66; Reference: | 7100-000 | | 252.35 | 6,197.10 |
| 03/30/11 | 105 | Capital One Bank (USA), N.A. | Dividend paid  9.79% on $7,414.77; Claim# 3; Filed: $7,414.77; Reference: | 7100-000 | | 726.18 | 5,470.92 |
| 03/30/11 | 106 | Fifth Third Bank | Dividend paid  9.79% on $6,154.28; Claim# 6; Filed: $6,154.28; Reference: | 7100-000 | | 602.73 | 4,868.19 |
| 03/30/11 | 107 | PYOD LLC its successors and assigns as assignee of | Dividend paid  9.79% on $746.68; Claim# 7; Filed: $746.68; Reference: | 7100-000 | | 73.13 | 4,795.06 |
| 03/30/11 | 108 | Elan Financial Services | Dividend paid  9.79% on $4,127.99; Claim# 8; Filed: $4,127.99; Reference: | 7100-000 | | 404.28 | 4,390.78 |
| 03/30/11 | 109 | US Bank N.A. | Dividend paid  9.79% on $2,921.85; Claim# 9; Filed: $2,921.85; Reference: | 7100-000 | | 286.16 | 4,104.62 |
| 03/30/11 | 110 | American Express Centurion Bank | Dividend paid  9.79% on $2,848.13; Claim# 10; Filed: $2,848.13; Reference: | 7100-000 | | 278.94 | 3,825.68 |
| 03/30/11 | 111 | Chase Bank USA, N.A. | Combined Check for Claims#4,5 | | | 1,449.15 | 2,376.53 |
| | | | Dividend paid  9.79% on     804.90 $8,218.61;  Claim# 4; Filed: $8,218.61 | 7100-000 | | | 2,376.53 |
| | | | Dividend paid  9.79% on     644.25 $6,578.24;  Claim# 5; Filed: $6,578.24 | 7100-000 | | | 2,376.53 |
| 03/30/11 | 112 | Fia Card Services, NA/Bank of America | Combined Check for Claims#11,12 | | | 2,376.46 | 0.07 |
| | | | Dividend paid  9.79% on     371.52 $3,793.45;  Claim# 11; Filed: $3,793.45 | 7100-000 | | | 0.07 |
| | | | Dividend paid  9.79% on     2,004.94 $20,471.82;  Claim# 12; Filed: $20,471.82 | 7100-000 | | | 0.07 |
| | | | | Subtotals : | $9,290.65 | $9,290.58 | |

{} Asset reference(s)

Printed: 06/27/2011 11:06 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 10-74170  
**Case Name:** DEAN, DORIS MARIE  

**Taxpayer ID #:** **-***1597  
**Period Ending:** 06/27/11  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******39-66 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/16/11 | Int | The Bank of New York Mellon | Reverse Interest Posting | 1270-000 | -0.07 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 9,290.58 | 9,290.58 | $0.00 |
| | | | Less: Bank Transfers | | 9,290.72 | 0.00 | |
| | | | **Subtotal** | | -0.14 | 9,290.58 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$-0.14** | **$9,290.58** | |

Net Receipts : 9,290.58  
Net Estate : $9,290.58

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******39-65** | 9,290.72 | 0.00 | 0.00 |
| **Checking # 9200-******39-66** | -0.14 | 9,290.58 | 0.00 |
| | $9,290.58 | $9,290.58 | $0.00 |

{} Asset reference(s)

Printed: 06/27/2011 11:06 AM    V.12.57